UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00224-CKD |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| ALEJANDRO A. GARDADO, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00224-CKD with prejudice is GRANTED.

IT IS SO ORDERED.

Dated: October 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE